JOSH M. REID
City Attorney
Nevada Bar No. 7497
BRIAN G. ANDERSON
Assistant City Attorney
Nevada Bar No. 10500
Brian.Anderson@cityofhenderson.com
KRISTINA E. GILMORE
Assistant City Attorney
Nevada Bar No. 11564
Kristina.Gilmore@cityofhenderson.com
240 Water Street, MSC 144
Henderson, NV  89015
(702) 267-1200
(702) 267-1201 Facsimile

*Attorneys for Defendant*
*CITY OF HENDERSON, a political subdivision*
*of the State of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WEBSTER,<br><br>             Plaintiff,<br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada,<br><br>             Defendant. | CASE NO.:    2:16-cv-00769-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate and agree to reschedule the date for the Early Neutral Evaluation (ENE) Session, presently scheduled for September 28, 2016, at 9:00 a.m., before the Honorable George Foley Jr. (Doc. #9).

The parties have agreed to reschedule the ENE Session to accommodate the schedule of Defendant's counsel who will be out of the State of Nevada from September 28, 2016 through October 2, 2016 due to a prior engagement.  As a result, the parties propose that the ENE Session be rescheduled to either September 21, 2016 or September 22, 2016.

The parties further request that the confidential written evaluation statement be due to the Court's chambers no later than 4:00 p.m. seven days prior to the new date of the ENE Session.

This extension is sought in good faith, is made more than 21 days before the current date for the ENE Session, and is not for the purpose of undue delay.

DATED this 20th day of July 2016.                    DATED this 20th day of July 2016.

/s/ *Brian Anderson*                                          /s/ *Adam Levine*
Josh M. Reid                                                       Daniel Marks
Brian G. Anderson                                              Adam Levine
Kristina E. Gilmore                                             LAW OFFICE OF DANIEL MARKS
240 Water Street, MSC 144                              610 South Ninth Street
Henderson, NV 89015                                        Las Vegas, NV 89101
*Attorneys for Defendant City of Henderson*   *Attorneys for Plaintiff Michael Webster*

## ORDER

The ENE Session is hereby rescheduled to __Sept. 22, 2016 at 9:00 am__. The written evaluation statements shall be submitted directly to chambers no later than __Sept. 15, 2016__. All other instructions contained within the original Order Scheduling Early Neutral Evaluation Session (Doc. #9) shall remain in effect.

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 21, 2016